

FILED

AUG 1 6 2010

CLERK

CV 10-1021

Lonnie-James Youngbear #12840-073
Name and Prisoner/Booking Number

United States Penitentiary-tucson
Place of Confinement

9300 South Wilmot Road
Mailing Address

Tucson, Arizona
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT

Lonnie-James :Youngbear          , )
(Full Name of Plaintiff)          )
        Plaintiff,        )
                   )
        vs.              )   CASE NO. _____
                   )       (To be supplied by the Clerk)
(1)United States of America, Et Al, )
(Full Name of Defendant)          )
(2)U.S.Marshall(s) Unknown        , )
                   )   **CIVIL RIGHTS COMPLAINT**
(3)_____      , )   **BY A PRISONER**
                   )
(4)_____      , )   ☒ Original Complaint
      Defendant(s).           )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )   ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
       ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
       ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
       ☒ Other:<u>Title Indian Tucker Act</u>

2.   Institution/city where violation occurred:<u>Pennington County Jail Where "Kidnapped"</u> .

Revised 3/9/07                                    1                    **550/555**

## B. DEFENDANTS

1.  Name of first Defendant: <u>UNITED STATES OF AMERICA</u>. The first Defendant is employed as: <u>U.S.ASST.ATTORNEY'S OFFICE</u> at <u>SOUTH DAKOTA OFFICE</u>.
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: <u>FOUR(4)UNKNOWN AGENTS</u>. The second Defendant is employed as: <u>U.S. MARSHALL SERVICE</u> at <u>UNITED STATES FEDERAL MARSHALL SERVICE</u>
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☐ Yes   ☐ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
           _____

    b. Second prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
           _____

    c. Third prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
           _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1.    State the constitutional or other federal civil right that was violated: <u>Title 25 CFR § 11.318-</u>
<u>Extradition.State and Federal Laws require that they abide by all laws of extradition.</u>

2.    **Count I**. Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other:<u>Violation of Extradition Rights,</u>

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
<u>That the petitioner was arrested and transported from a county jail without any type of</u>
<u>extradition court hearing on his reservation in violation of the "Fort Laramie Treaty-</u>
<u>of 1868. Further more, the defendant's [UNITED STATES OF AMERICA], and the Federal ma-</u>
<u>rshall's Office, violated the clear mandate's of state and federal extradition laws, 18</u>
<u>USC 3182, and the code of federal regulations. 25 CFR 11.318-Extradition. Further more</u>
<u>Plaintiff contends that the UNITED STATES and the persons unknown who ARE Employeed</u>
<u>with the UNITED STATES MARSHALL SERVICE/Office work together with other's to violate</u>
<u>the plaintiff's Rights.</u>

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
<u>The petitioner was indicted, tried, punished, in open court in violation of his const-</u>
<u>itutional rights.</u>

5.    **Administrative Remedies:**
   a.    Are there any administrative remedies (grievance procedures or administrative appeals) available
         at your institution?                                                          ☐ Yes   ☐ No
   b.    Did you submit a request for administrative relief on Count I?                  ☐ Yes   ☐ No
   c.    Did you appeal your request for relief on Count I to the highest level?         ☐ Yes   ☐ No
   d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why
         you did not <u>Late filing of §2255 was denied. However the UNITED STATES OF AMERICA</u>
         <u>has provided no-effective process.</u>

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**COUNT III**

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities            ☐ Mail            ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings     ☐ Property        ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available
        at your institution?                                              ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Count III to the highest level?  ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why
        you did not. _____
        _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E.  REQUEST FOR RELIEF

State the relief you are seeking:

The petitioner is asking $450,000,000.00-Four Hundred and fifty Million U.S. Dallors.
for violating "Fort Laramie Treaty". as well as other Federal and State mandates. 18
USC § 3182. and Code of Feederal Regulations 25 CFR §11.318. "EXTRADITION". And that
the UNITED STATES OF AMERICA?GOVERNMENT'S complex with NATIVE AMERICAN TREATIES.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Augusf 12TH 2010_
DATE

_Lannie Jonnus Youngbear_
SIGNATURE OF PLAINTIFF

_Durable Power of Attorney_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_[ Pro-Se ]_
(Signature of attorney, if any)

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6